Case 1:02-cr-00153-CG-D   Document 135   Filed 01/20/15   Page 1 of 1

AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America </br> v. </br> LORENDO MOBLEY | ) </br> ) </br> ) </br> ) Case No:  02-00153-001 </br> ) USM No:  08178-003 </br> ) |
| Date of Original Judgment: 05/28/2003 </br> Date of Previous Amended Judgment: </br> *(Use Date of Last Amended Judgment if Any)* | ) </br> ) Pro Se </br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is: </br>
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  169  months **is reduced to**  136 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

This reduction pertains to the sentence imposed on Count One.

Except as otherwise provided, all provisions of the judgment dated  May 28, 2003  shall remain in effect. </br>
**IT IS SO ORDERED**.

Order Date:  January 20, 2015

Callie V.S. Granade </br>
U.S. District Judge

*Digitally signed by Callie V.S. Granade U.S. District Judge* </br>
*DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US* </br>
*Date: 2015.01.20 09:23:21 -06'00'*

*Judge's signature*

Effective Date:  November 1, 2015 </br>
*(if different from order date)*

United States District Judge </br>
*Printed name and title*